**WELDING SERVICES, INC.,**
Plaintiff–Appellee,

v.

**THERMAL ENGINEERING INTERNA-
TIONAL (USA) INC. (doing business
as Boiler Tube Co. of America), De-
fendant–Appellant.**

Nos. 01–1570, 02–1036.

United States Court of Appeals,
Federal Circuit.

May 13, 2002.

Before SCHALL, DYK, and PROST,
Circuit Judges.

### Judgment

PER CURIAM.

*This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

**Yuki TAGUCHI, Mio Nishikawa, Nobu-
to Koyama, Katsuhiko Yamamoto, Ki-
yozo Asada, and Ikunoshin Kato, Ap-
pellants,**

v.

**Steen T. JORGENSEN, Per
L. Jorgensen, and Borge K.
Diderichsen, Appellees.**

No. 01–1623.

United States Court of Appeals,
Federal Circuit.

May 13, 2002.

Before GAJARSA, LINN, and DYK,
Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R.36